| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Havoc Brewing Company LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
87-3599144

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **39 West St** **Pittsboro, NC 27312** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Chatham** | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
havocbrewing.com

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Havoc Brewing Company LLC**  Case number (*if known*) _____
         Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
__3121__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Havoc Brewing Company LLC**     Case number (*if known*)
       Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000      ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000      ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

| Debtor | **Havoc Brewing Company LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Havoc Brewing Company LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 25, 2025**
MM / DD / YYYY

**X** **/s/ Michael Pipkin**                                    **Michael Pipkin**
Signature of authorized representative of debtor            Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Joseph Z. Frost**                                    Date **April 25, 2025**
Signature of attorney for debtor                             MM / DD / YYYY

**Joseph Z. Frost**
Printed name

**BUCKMILLER & FROST, PLLC**
Firm name

**4700 Six Forks Road, Suite 150**
**Raleigh, NC 27609**
Number, Street, City, State & ZIP Code

Contact phone   **919-296-5040**      Email address   **jfrost@bbflawfirm.com**

**44387 NC**
Bar number and State

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Havoc Brewing Company LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** Attn: Manager, Agent, Officer P.O. Box 6031 Carol Stream, IL 60197 | | | | | | $155,210.00 |
| **Celtic Bank** Attn: Manager, Agent, Officer 268 State Street, Suite 300 Salt Lake City, UT 84111 | | Blanket lien | | $1,463,111.71 | Unknown | Unknown |
| **Ford Motor Credit** Attn: Manager, Officer, Agent P.O. Box 35910 Cleveland, OH 44135 | | 2023 Ford T350 1FTBF5X86PKC00525 | | $51,089.07 | $42,000.00 | $9,089.07 |
| **Internal Revenue Service** Attn: Managing Agent/Bankruptcy P.O. Box 1214 Charlotte, NC 28201 | | | | | | $0.00 |
| **Lee County Tax Administration** Attn: Manager, Agent, Officer P.O. Box 1968 Sanford, NC 27330 | | | | | | $0.00 |
| **NC Department of Revenue** Attn: Manager, Agent, Officer PO Box 250000 Raleigh, NC 27640 | | | | | | $0.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Debtor **Havoc Brewing Company LLC**　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **NuCO2, LLC**  **Attn: Manager, Agent, Officer**  **2800 SE Market Place**  **Stuart, FL 34997** | | | | | | $521.00 |
| **Riley Lewis General Contractors**  **Attn: Manager, Officer, Agent**  **P.O. Box 6481**  **Raleigh, NC 27628** | | | | | | $9,650.00 |
| **Square Financial Services, Inc.**  **Attn: Manager, Agent, or Officer**  **3165 E Millrock Drive**  **Salt Lake City, UT 84121** | | | | | | $0.00 |

Official form 204　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　page 2

# United States Bankruptcy Court
## Eastern District of North Carolina

In re: **Havoc Brewing Company LLC**, Debtor(s)

Case No. _____
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 25, 2025**

**/s/ Michael Pipkin**
**Michael Pipkin**/**Manager**
Signer/Title

American Express
Attn: Manager, Agent, Officer
P.O. Box 6031
Carol Stream, IL 60197

Block, Inc.
Attn: Manager, Agent, Officer
1955 Broadway, Suite 600
Oakland, CA 94612

Catfish Haggen, LLC
Attn: Greg Stafford
901 Jordan Hills
Chapel Hill, NC 27517

Celtic Bank
Attn: Manager, Agent, Officer
268 State Street, Suite 300
Salt Lake City, UT 84111

Cintas Corporation
Attn: Manager, Agent, Officer
6800 Cintas Blvd
Mason, OH 45040

Empire Distributors of NC, Inc.
Attn: Nelson Wixson
12115 Downs Road
Pineville, NC 28134

First Citizens Bank
Attn: Managing Agent/Bankruptcy
P.O. Box 1580
Roanoke, VA 24007

Ford Motor Credit
Attn: Manager, Officer, Agent
P.O. Box 35910
Cleveland, OH 44135

Harbor Freight Tools
Attn: Manager, Agent, Officer
26802 Agoura Rd
Agoura Hills, CA 91301

Holly Benton
2806 Clifton Oaks Dr
New Hill, NC 27562

Internal Revenue Service
Attn: Managing Agent/Bankruptcy
P.O. Box 1214
Charlotte, NC 28201

Keg Logistics, LLC
Attn: Manager, Agent, Officer
9110 E. Nichols Ave, Suite 105
Centennial, CO 80112

Lee County Tax Administration
Attn: Manager, Agent, Officer
P.O. Box 1968
Sanford, NC 27330

Michael Pipkin
2731 Clifton Oaks Dr
New Hill, NC 27562

Mindspark Creative, Inc.
Attn: Jim Davis
6105 Jeffrey Lane
Minneapolis, MN 55436

Molly Pipkin
2731 Clifton Oaks Dr
New Hill, NC 27562

NC Department of Revenue
Attn: Manager, Agent, Officer
PO Box 250000
Raleigh, NC 27640

NuCO2, LLC
Attn: Manager, Agent, Officer
2800 SE Market Place
Stuart, FL 34997

Riley Lewis General Contractors
Attn: Manager, Officer, Agent
P.O. Box 6481
Raleigh, NC 27628

Square Financial Services, Inc.
Attn: Manager, Agent, or Officer
3165 E Millrock Drive
Salt Lake City, UT 84121

Troy Benton
2806 Clifton Oaks Dr
New Hill, NC 27562

Waco Fire Alarm
Attn: Manager, Agent, Officer
9527 Industry Drive
Raleigh, NC 27603

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Havoc Brewing Company LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Havoc Brewing Company LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 25, 2025**
Date

**/s/ Joseph Z. Frost**
**Joseph Z. Frost**
Signature of Attorney or Litigant
Counsel for **Havoc Brewing Company LLC**
**BUCKMILLER & FROST, PLLC**
**4700 Six Forks Road, Suite 150**
**Raleigh, NC 27609**
**919-296-5040 Fax:919-890-0356**
**jfrost@bbflawfirm.com**